FILED
2016 Dec-29 PM 12:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

**MARIBEL PANTOJA**, prisoner pro se

Inmate Identification Number: 92083-054

_____

_____

(Enter above the full name of the plaintiff
in this action)

---

*NOTICE TO FILING PARTY*

*It is your responsibility to
notify the clerk in writing of any
address change.*

*Failure to notify the clerk may
result in dismissal of your case
without further notice.*

---

vs.

ARCOLA WASHINGTON-ADDUCI, warden

Et Als. (FCI Aliceville);

Public Heath Service, et als.

_____

(Enter above full name(s) of the defendant(s)
in this action)

CV-16-HS-2080-W

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the
        same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )         No (XXX)

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
        same outline.)         N/A

        1.   Parties to this previous lawsuit:

             Plaintiff:    _____

                           _____

             Defendant(s): _____

                           _____

2.   Court (if Federal Court, name the district; if State Court, name the county)

_____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____

_____

5.   Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

_____

6.   Approximate date of filing lawsuit _____

_____

7.   Approximate date of disposition _____

II.   Place of present confinement   Federal Correctional Institution Aliceville

A.   Is there a prisoner grievance procedure in this institution?
Yes  (XXX )          No  (  )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?          Yes  (XXX)          No  (  )

C.   If your answer is YES:

1.   What steps did you take?  Prisoner exhausted all administrative remedies that were available to her in this facility.

2.   What was the result?  She was continuously denied her requests until her endeavors were curtailed by prison staff.

D.   If your answer is NO, explain why not:  N/A _____

_____

_____

_____

_____

III.   Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A.   Name of Plaintiff(s)   MARIBEL PANTOJA

Address   P.O. Box: 4000; Aliceville, Alabama 35442-0400

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant   Arcola Washington-Adduci

Is employed as   Warden

at   Federal Correctional Institution Aliceville (FCI Aliceville)

C.   Additional Defendants   Attorney General (Public Health Service);

FCI Aliceville Health Services Department (Dr. Griffin;

nurse King; nurse Bailey; et als.); MDC Brooklyn (Metropolitan

Detention Center (Brooklyn, New York), unknown technician, and

acting warden (2013-15)

IV.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

The petitioner was sentenced to serve 60 months imprison-

ment in the United States District Court for the Southern District

of New York. She was remanded to the custody of the Federal Bureau

of Prisons for service of the term of imprisonment. The petitioner

was designated to the Metropolitan Detention Center in Brooklyn, NY.

Due to her age at 50 years, she was scheduled for a routine mammogram

MARIBEL PANTOJA

for the detection of breast cancer. During the mammogram procedure,
the technician had applied an excessive amount of pressure to the
petitioner's left breast causing her saline gel breast prosthesis
(breast implant) to rupture. The plaintiff had complained about the
pain which fell on deaf ears. She was subsequently scheduled for a
second mammography exam, using the same technician who had again
applied an excessive amount of pressure to the petitioner's right
breast. The pressure had caused the right breast prosthesis to
rupture. The plaintiff had noticed a change in the size and feel of
her breasts, and had repeatedly complained of pain in her breasts.
The petitioner had undergone a surgical procedure at the Brooklyn
Hospital Center (BHC) to remove the ruptured prosthesises in July
of 2015. The inmate's prothesis sacks weighed 425 cc for the left
breast, and 475 cc for the right breast, upon removal.
The bilateral weight of each breast augmentation prosthesis weighed
500 cc, and unilaterally weighed 1000 cc, for an increase of the
breast dimensions from a 34 b cup to a 40 b cup size. The estimated
amount of fluid leakage was 75 cc [left], and 25 cc [right].
The inmate was transferred to the Federal Correctional Institution
in Aliceville, Alabama [FCI Aliceville]. She had continuously com-
plained about pain in her breasts. She was encouraged by medical
personnel to purchase pain medication from the FCI Aliceville com-
missary, where she was required to exceed the recommended dosage of
over-the-counter medication with no relief from her symptoms.
The inmate had requested prescription strength pain medication,
during repeated sick-call requests (request for medical attention).
The physician (Dr. Richard Griffin, MD) had refused to prescribe
prescription strength pain medication, and as a result of the
doctor's refusal the inmate had begun to exhaust administrative
remedies.

   The inmate had submitted an 8½, informal resolution form
to the unit team counselor requesting a medical evaluation, and
prescription strength pain medication. The informal resolution was

MARIBEL PANTOJA

returned unresolved. The inmate then submitted a BP-9 (BP 299(13))
for Warden's review. The Warden **(A. Washington-Adduci)**, had respon-
ded with information pertaining to the form of treatment, and had
determined that the inmate was receiving 'quality healthcare' at
the FCI Aliceville facility. The inmate disagreed with the Warden's
response and proceeded to further exhaust administrative remedies.
The inmate attached the BP-299(13), to the Administrative Remedy
request for Regional Office Appeal BP-10 (BP-230(13)), requesting
the aforementioned relief and injunctive relief from the FCI
Aliceville facility. The Regional Director (RD) had responded on
July 19, 2016, that the inmate's medical records revealed a diag-
nostic mammogram was performed on June 16, 2016, and the inmate was
referred to the General Surgeon for further evaluation...The RD
further states in the appellate response, should you experience any
adverse changes in your condition, return to sick-call for
reevaluation. The RD did not address the requested injunctive
relief. The petitioner had submitted, and was charged (co-pay) for
several sick-call (medical) requests to health services staff
**(nurse, King and nurse, Bailey)**. She had also submitted both hand-
written and electronic requests to staff, and has spoken to the
Health Services Administrator on Mainline (During the lunch meal),
**(HSA, Eli)**. The petitioner had received no assistance. She had
attempted to exhaust a final appeal to the Central Office in
Washington, D.C. on August 2, 2016, but her filing was curtailed
by staff. The Central Office had rejected the petitioner's filing,
stating that the Warden's administrative remedy response was not
attached to the Central Office package. However, the petitioner
had completed and attached the Warden's review, and had attached
the BP-9, BP-10, and BP-11 (Central Office). The petitioner's copy
was also removed from her assigned cell, preventing resubmission of
the Central Office Appeal. She, therefore, requests exhaustion of
the administrative remedy process for remedies unavailable, and an
opportunity to submit legal argument and analysis on the issue if
necessary.

MARIBEL PANTOJA


Furthermore, the inmate's unilateral/bilateral mammogram
was conducted at the Picken's County Medical Center, Department of
Imaging Services. The findings of the mammography examination had
identified, in the right breast: **Mildly complicated fluid collec-
tion** is present in posterior aspects of the breast...., and, the
left breast: **Large complicated fluid collection** with internal
debris is noted within the posterior aspect of the breast...
The Picken's County Medical Center had also stated in its memoran-
dum: Bilateral complicated fluid collections both breasts (left
greater than right) likely related to postoperative fluid collec-
tions (evolving hematomas/seromas) from previous breast implant
removals. Please correlate with any signs/symptoms of infection if
abscess is suspected clinically. The FCI Health Services Depart-
ment/Public Health Service, Warden Adduci, et als., were com-
pletely aware of the petitioner's medical complication, but did
nothing in relation to her medical needs. The petitioner's breasts
have abnormally hard(ened) in certain areas. It was noted in her
medical files that she has small lumps and swelling, or nodules
located in her left breast. These abnormalities are caused by
foreign substances in the body. The FCI Aliceville Health Services
Department continues to conduct mammogram evaluation that are
unable to detect the amount of fluid in the petitioner's breasts.
Dr. Richard Griffin, MD, continues to determine that these mam-
mogram evaluations are normal, which is in direct contradiction of
Picken's County's Medical evaluation. The inmate requests the
ability to secure expert witness testimony, if necessary, to prove
her claims. **After several months of waiting for treatment, the
inmate was prescribed antibiotics for infection of her left breast.**
After having some of the fluid extracted by the General Surgeon,
the swelling or fluid had returned. **She was again prescribed anti-
biotics for progressive infection.** To-date, she continues to
experience these complications. She has not received any remedial
relief from pain or swelling. Therefore, she requests judicial
remedy, to ensure that she is not subjected to an irreparable injury.

She also requests the ability to proceed, in forma pauperis, for

this action.

-oOo-

V.   RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

The petitioner requests $5,000,000.00 (five million) USD, for injury

in-fact. She also requests $5,000,000.00 (five million) USD, for the

amount of mental and emotional suffering (and distress) caused by

the defendants, as a result of the physical injury. She also

requests injunctive relief for treatment at Carswell Federal Medical

Center (FMC Carswell), in Fort Worth, Texas, or a location that is

equivalent in providing the means of appropriate treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 23rd, 2016       .

X _Maribel Pantoja_

SIGNATURE  (Maribel Pantoja)

ADDRESS : FCI Aliceville
          P.O. Box: 4000
          Aliceville, AL
          35442-0400
          Fed. Reg. No.: 92083-054

AIS #       Unknown

## RECORD EXCERPT SECTION

- Inmate request to Staff (Attn: Warden Adduci) ........ 1-2
- Warden Adduci's response to request to staff ......... 3
- Central Office Rejection Notice ...................... 4
- Inmate's Central Office Administrative Remedy (BP-11). 5
- Regional Response (BP-10) ............................ 6
- Inmate's Regional Administrative Remedy Appeal (BP-10) 7
- Regional receipt of administrative remedy form ....... 8
- Regional request for extension time for response ..... 9
- Warden's Receipt Administrative Remedy Form (BP-9) ... 10
- Inmate request to staff ............................. 11
- Inmate's informal resolution request ................ 12

---

- Picken's County Medical Center Clinical Information, Department of Imaging Services ...................... 13
- Mammogram Notice (Dr. Richard Griffin, MD) .......... 15

-oOo-

*Inmates copy*                                                211

BP-A0148
JUNE 10                           INMATE REQUEST TO STAFF CDFRM
                                                    #1
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Warden Adueh. | DATE: 10/20/16 |
|---|---|
| FROM: Manuel Pantoja | REGISTER NO.: 92083054 |
| WORK ASSIGNMENT: Am rec | UNIT: B-4 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

This is the 2nd time I go to medical sick
Call, and befor I even get there the nurse's
are already telling me to turn back that
my ordoem is from a long time ago. On
9/9/16 I had a very bad infeccion in my
left breast + they gave me an antibotic
+ the infection went away. But again the infec
ion has came back + I am in excrutiating
pain, my breast is red + very hot, Im putting ⟶

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86,
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER              SECTION 6

#2

warm bags on it to ease the pain. Please
elp me. The docter told me to come back
id see her in 2 weeks but I haven't
en able to because I get rejected
the door. It has been 1 month since
- docter told me to come back.
It has been 15 months since I've
id this liquid inside my breast.
Please help me.

#3

Inmate Request to Staff Response
Pantoja, Maribel
Reg. No. 92083-054

This is in response to an Inmate Request to Staff Member wherein
you are requesting assistance obtaining an appointment with the
Doctor specifically for your breast pain and concerns.

A review of you medical records and consultation with medical
staff revealed that you were evaluated by the General Surgeon on
October 26, 2016, wherein you underwent a procedure for
treatment of your breast complications. If you continue to have
complications or concerns while waiting for your follow-up,
please report to sick call to be evaluated. It is the mission of
the Health Service Department to provide quality care in a
professional manner at all times.

I trust this responds to your request.


_____                    _____
A. Washington-Adduci, Warden            Date

#4

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 19, 2016

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MARIBEL PANTOJA, 92083-054
      ALICEVILLE FCI    UNT: B UNIT    QTR: B04-211L
      P.O. BOX 445
      ALICEVILLE, AL 35442


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 861615-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : AUGUST 15, 2016
SUBJECT 1       : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR    INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

#5

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

| From: | PANTOJA, Maribel | 92083-054 | B4 | FCI Aliceville |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL** : The petitioner believes that the Regional Director's response was not properly evaluated. The petitioner specifically states that, "Health Services continuously informs the inmate to purchase pain relief from the commissary, however, the strength of the pain relief is not helpful in relieving these symptoms." Inmate Pantoja is completely aware of scheduling for the General Surgeon, and mammography procedures that were conducted. Her issue is not with the current evaluations that are being conducted in the course of finding a solution to her medical injury. Her issue is with the pain that is associated with the wait time for relief. She specifically requests prescription strength pain relief to provide appropriate treatment of the excruciating pain that she is currently experiencing. Failure of the FBOP to alleviate such excruciating pain is not the signs of quality health care as described in the warden's response, and is not medical care that is consistent with Bureau of Prisons' policy. The petitioner will thus renew her request for immediate relief and/or injunctive relief from the FCI Aliceville facility to seek or receive proper health care for the reasons that the current health care plan is an ineffective or inadequate form of treatment. |

_August 2, 2016_
DATE

_Maribel Pantoja_
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

---

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

#6

Regional Administrative Remedy Appeal No:   861615-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted
June 17, 2016.   You allege your breast implants were removed, but you continue to have
pain and fluid in your left breast.   As relief, you are requesting medical treatment.

A review of your medical records revealed a diagnostic mammogram was performed on
June 16, 2016, and you have been referred to the General Surgeon for further evaluation
and treatment recommendation.   Your appointment has been scheduled and will take
place in the near future.   Health Services will notify you of the logistics at the appropriate
time.

Should you experience any adverse changes in your condition, return to sick call for
reevaluation.   Medical care will continue to be provided to you consistent with Bureau of
Prisons' policy.

Accordingly, this response to your Regional Administrative Remedy Appeal is for
informational purposes only.   If dissatisfied with this response, you may appeal to the
Office of General Counsel.   Your appeal must be received in the Office of General
Counsel, Bureau of Prisons, 320 First Street, NW, Washington, DC, 20534, within 30
calendar days of the date of this response.

_____ 7/19/16 _____          _____
Date                                              Regional Director, SERO

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

#7

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

| From: | Pantoja, Maribel | 92083-054 | B4 | FCI Aliceville |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL:** The petitioner had completed formal administrative remedy BP-9 (299 (13) on February 8, 2016. The response was due on May 31, 2016, the date of the Warden's signature. The response was delivered to the inmate on June 08, 2016. This request for Regional Appeal follows:

· The pain described by the inmate has been continuous for several months now. Pain that the FCI Aliceville staff members are completely aware of. Health Services continuously informs the inmate to purchase pain relief from the commissary, however, the strength of the pain relief is not helpful in relieving these symptoms. The petitioner is compelled to exceed the daily recommended dosage, which is described by F.B.O.P. as an abuse of the O-T-C medication. Failure to alleviate such excrutiating pain is not the signs of quality health care as described in the Warden's response. The petitioner has complained on several occassions for prescription strength pain relief that she has not been provided. The petitioner is requesting immediate relief or injunctive relief from the FCI Aliceville facility to seek or receive proper health care for the reasons that the current health care plan that she is forced to adhere to is inadequate or ineffective to address her needs.

6/13/2016
_____ DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

JUN 17 2016

_____ DATE

_____ REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

| Return to: | | | | |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

_____ DATE

_____
SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002

UPN LVN

#8

RECEIPT - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 22, 2016

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : MARIBEL PANTOJA, 92083-054
      ALICEVILLE FCI    UNT: B UNIT    QTR: B04-211L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 861615-R1
DATE RECEIVED  : JUNE 17, 2016
RESPONSE DUE   : JULY 17, 2016
SUBJECT 1      : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2      :

#9

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 22, 2016

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : MARIBEL PANTOJA, 92083-054
      ALICEVILLE FCI    UNT: B UNIT    QTR: B04-211L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 861615-R1
DATE RECEIVED  : JUNE 17, 2016
RESPONSE DUE   : AUGUST 16, 2016
SUBJECT 1      : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2      :

#10


RECEIPT - ADMINISTRATIVE REMEDY


DATE: MAY 10, 2016



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ALICEVILLE FCI

TO  : MARIBEL PANTOJA, 92083-054
      ALICEVILLE FCI     UNT: B UNIT     QTR: B04-231L


THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID     : 861615-F1
DATE RECEIVED : MAY 9, 2016
RESPONSE DUE  : MAY 29, 2016
SUBJECT 1     : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2     :

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM
#11

FEDERAL BUREAU OF PRISONS

TO: (Name and Title of Staff Member) Warden - Adducci

DATE: 3.2.16

FROM: Maribel Pantoja

REGISTER NO.: 02083-054

WORK ASSIGNMENT: Rec Orderly

UNIT: BA

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Mrs. Adducci
I have sent you a staff request, but I haven't got an answer, so I am writing this cop-out hoping that you can help me with my medical problem. I have severe pain on my left breast, I have fluid that should have been drain since 8 months ago. I been given Ibuprofer 800mg, but its not doing anything for the pain anymore, I'm asking if you can please
see back →

(Do not write below this line)

DISPOSITION:

You were seen in medical on 3/8/16 for this complaint. You were informed that the M.D. was aware of your complaint. You were also seen of 2/11/16 for this complaint. You were informed that you will see M.D. offsite. You must wait for your appointment

Signature Staff Member
Wm. Kel, RN

Date
3-24-16

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

#12

## FEDERAL CORRECTIONAL INSTITUTION
## ALICEVILLE, ALABAMA
## INFORMAL RESOLUTION FORM

Inmate Name: _Maribel Pantoja_     Reg. No. _92083-054_
Unit: _B4_     Date: _12-21-15_

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. State your complaint: _Having been pain in my breast and am bleeding when i urinate can't stand the pain._

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what actions you have made to informally resolve your complaint: _have gone to Medical twice and they haven't done anything_

3. State what resolution you expect: _Would like them to tend to my problems because it has to do with my health._

Inmate's Signature: _Maribel Pantoja_     Date: _12-21-15_

Correctional Counselor's Comments (Steps to Resolve): _No Response_

Counselor's Signature: _____     Date: _1-4-16_
Unit Manager's Review: _____     Date: _____
Informally Resolved: _____     Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 12-23-15 | 12-24-15 | | | |
| TIME | 0300 | 1000 | | | |
| COUNSELOR | Flores | Flores | | | |

92083-054

#13

# PICKENS COUNTY MEDICAL CENTER
## Department of Imaging Services

241 Robert K Wilson Drive  •  Carrollton, Alabama 35447  •  Phone: (205) 367-8111  •  Fax: (205) 367-8973

| Date of Birth 05/23/1965 | MARIBEL PANTOJA | | Age 51 | Sex F |
|---|---|---|---|---|
| Location P.RAD | Medical Record Number H000074845 | Account Number I004694212 | Room | |

**Procedure Date**
06/16/2016
06/16/2016

**Ordering Physician**
Richard Griffin, MD
Richard Griffin, MD

**Procedure Description**
005421813 - Diagnostic Digital Bilateral Mammogram with CAD
005421848 - US Bilateral Breasts (Complete)

AVAILABLE CLINICAL INFORMATION: Patient with history of bilateral breast implants in 2007. Patient reports bilateral breast implants ruptured and were removed and 2015.

EXAMINATION: Digital diagnostic mammogram with CAD

FINDINGS: No comparison study is currently available. Fibroglandular tissue is scattered. Partially excluded mass-like areas are present in both breasts. Within the right breast, there is ovoid mass-like area measuring up to 7.1 cm diameter seen posteriorly, likely within the previous implant surgical bed. Within the left breast, there is rounded mass-like area measuring up to 10 cm diameter seen posteriorly, likely within the previous implant surgical bed. Benign appearing calcifications are present within the right breast.

Impression: Mass-like areas in the posterior aspects of both breasts (left greater than right) likely within the previous implant surgical beds. Bilateral breast ultrasound was performed for further evaluation.

EXAMINATION: BilateralBreast Ultrasound

TECHNIQUE: Ultrasound was used to scan all four quadrants of each breast and the retroareolar regions.

FINDINGS:

Right breast: Mildly complicated fluid collection is present posterior aspect of the breast corresponding to mass-like area seen on accompanying mammogram. No

| Mammography | Page 1 of 2 | Copy for |
|---|---|---|

DIRECTOR
FCI ALICEVILLE

DCH Health System    8/16/2016 10:38:06 AM   PAGE   3/003    Fax Server

92083-054

#14

| Date of Birth 05/23/1965 | MARIBEL PANTOJA | | Age 51 | Sex F |
|---|---|---|---|---|
| Location P.RAD | Medical Record Number H000074845 | Account Number I004694212 | Room | |

other suspicious ultrasound abnormality is identified within the breast.

Left breast: Large complicated fluid collection with internal debris is noted within the posterior aspect of the breast corresponding to a mass-like area seen on accompanying mammogram. No other suspicious ultrasound abnormalities identified within the breast.

Impression: Bilateral complicated fluid collections in both breasts (left greater than right) likely related to postoperative fluid collections (evolving hematomas/seromas) from previous breast implant removals. Please correlate with any signs/symptoms of infection if abscess is suspected clinically.

**\*\*\* THIS IS AN ELECTRONICALLY VERIFIED REPORT \*\*\***

**6/16/2016 10:20 AM:   Chris Miller, MD**

**ASSESSMENT: BIRADS CODE 2 - BENIGN**
The patient will be notified of benign breast imaging results.

**BREAST DENSITY:** Scattered areas of fibroglandular density

22P:GCM:md.mlgr  2442085
DD: DD: 06/16/2016 10:20
DP: 06/16/2016 09:17
DT: DT: 06/16/2016 10:20

Chris Miller, MD

Technologists: PRAD.CAMT; PRAD.HAB3

R GRIFFIN MD
CLINICAL DIRECTOR
FCL MACEVILLE

| Mammography | Page 2 of 2 | Copy for Griffin, Richard, MD |
|---|---|---|

#15



United States Government
Memorandum
FCI Aliceville
Aliceville, Alabama 35442

B4

Date : **June 20, 2016**

Name : **PANTOJA , MARIBEL**     Reg # **92083-054**     Unit # **B4-211L**

Date of Breast Imaging : **6-16-2016**

_____     Your recent Mammogram was (*Normal*).

Los resultados de su mamografia fue (*Normal*.)

_____     Your recent Ultrasound was (*Normal* .)

Su resultado fue: *(NORMAL)* con hallazagos que requieron osros
examines.

_____     Your recent Mammogram / Breast Ultrasound requires

additional imaging or tests to verify a normal finding.

\_\_X\_\_\_     Your recent "*follow up* " Mammogram / Ultrasound was (*Normal.*)

Your images will become part of your permanent medical file here at FCI Aliceville. They will be available for your
continuing care. You ae responsible for informing any new health care provider or breast imaging facility of the date
and location of this examination.

Although mammography is the most accurate method for early detection of breast cancer , not all cancers are found
through mammography. A breast finding of concern should never be ignored despite a normal mammogram. If you
notice any changes in your breast(s) you should bring these concerns to your health care provider's attention
immediately.

It is your responsibility to follow up on any breast issues once you are no longer incarcerated.

R. Griffin, MD
Clinical Director

R GRIFFIN MD
CLINICAL DIRECTOR
FCI ALICEVILLE